ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA  92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | Case No.  **6:09-bk-28496-TD** |
| **LORI VIRGINIA MARSHALL** ) | |
| ) | **TRUSTEE'S REPORT** |
| ) | |
| **PRESTON LEONARD MARSHALL** ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is **$3,243.00** per month.

Spouse/other net income is **$3,515.00** per month.

Debtor's Budget shows **$1,074.00** disposable income.

Debtor proposed to pay **$1,074.00** per month into the Plan.

Estimated number of months to complete:  **60** months.

This Plan will pay **0.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

Pursuant to 11 U.S.C. §1302, the Chapter 13 Trustee has investigated the acts, conduct, assets, liabilities, and financial affairs of the debtor.  The investigation has led to the following conclusions: (1) the debtor is engaged in business as defined under 11 U.S.C. §1304(c); (2) the financial affairs of the debtor appear viable; and (3) the Chapter 13 Trustee has not found any facts pertaining to fraud. [11 U.S.C. §1106(a)(4)(A)].

**DEBTOR'S ATTORNEY SHALL, WITHIN THIRTY (30) DAYS OF ORDER ENTRY, REFUND THE AMOUNT OF $500.00 FOR THE BENEFIT OF THE DEBTOR'S ESTATE AS FOLLOWS: DEBTOR'S ATTORNEY SHALL DELIVER THIS AMOUNT IN FORM OF A CAHSIER'S CHECK OR MONEY ORDER, PAYABLE TO "CHAPTER 13  TRUSTEE," WITH THE DEBTOR'S NAME AND CASE NUMBER LEGIBLY WRITTEN AND MAILED OT P.O. BOX 92997, LOS ANGELES, CA 90009. THE DEBTORS SHALL PROVIDE PROOF OF AUTOMOBILE INSURANCE TO THE CHAPTER 13 TRUSTEE WITHIN 10 DAYS OF CONFIRMATION. THE TAX REFUND ON SCHEUDLE "I" IS STRICKEN. RIVERSIDE COUNTY TAX COLLECTOR SHALL BE PAID $164.63 PER MONTH ON ITS SECURED CLAIM OF $6,580.00. HEATHER RIDGE SHALL BE PAID $85.00 PER MONTH FOR 60 MONTHS ON ITS SECURED CLAIM OF $5,100.00. MORTGAGE SERVICE CENTER SHALL BE PAID $539.00 PER MONTH ON ITS SECURED ARREARS OF $32,345.00.DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date:  October 2, 2009

_____
Rod Danielson, Chapter 13 Trustee